DANIEL J. BRODERICK, #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DAVID AARON KUCHARSKI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:06-cr-00020 OWW |
|---|---|
| Plaintiff, | ) STIPULATION RE SENTENCING |
| v. | ) |
| DAVID AARON KUCHARSKI, | ) |
| Defendant. | ) Judge: Honorable Oliver W. Wanger |

### *Background*

On June 5, 2006, defendant was sentenced to a term of nineteen (19) months in the custody of the Bureau of Prisons to run concurrent to his state sentence in Kern County Case No. BF110123A.  The court considered the evidence and the factors under § 3553 and ordered that upon completion of the state sentence, Mr. Kucharski should be released to attend the program at Fresno Rescue Mission, as discussed by Elder Charles Scott at the sentencing hearing.

///
///
///
///
///

*Stipulation*

In order to implement the intent of the court's order, **IT IS HEREBY STIPULATED** by and between the parties through their respective counsel that David Aaron Kucharski be sentenced to time served, with twelve (12) months of his supervised release being in the 12 month treatment program as supervised by the U. S. Probation Office.

McGREGOR W. SCOTT
United States Attorney

DATED:  January 26, 2007    By:  /s/   Mark E. Cullers
MARK E. CULLERS
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Public Defender

DATED:  January 26, 2007    By:  /s/  Ann H. Voris
ANN H. VORIS
Assistant Federal Defender
Attorneys for Defendant
David Aaron Kucharski

**O R D E R**

**IT IS SO ORDERED**.  The sentence imposed by this court on June 5, 2006, **IS HEREBY AMENDED to time served**, with twelve (12) months of his supervised release being in the residential treatment program as supervised by the U. S. Probation Office.

DATED: January __29__, 2007

/s/ OLIVER W. WANGER

OLIVER W. WANGER, Senior Judge
United States District Court
Eastern District of California

Stipulation Re Sentencing          −2−