PROB 35

## ORDER TERMINATING SUPERVISED RELEASE
## PRIOR TO EXPIRATION DATE

### UNITED STATES DISTRICT COURT
### FOR THE
### EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **Docket Number:  1:06CR00020-01 OWW** |
| | ) | |
| **DAVID AARON KUCHARSKI** | ) | |
| | ) | |

On June 5, 2006, the above-named was placed on Supervised Release for a period of 3 years.  He has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Thomas A. Burgess

**THOMAS A. BURGESS**
**Supervising United States Probation Officer**

Dated:     January 21, 2009
           Bakersfield, California
           TAB:dk

**Re:   David Aaron KUCHARSKI**
**Docket Number:   1:06CR00020-01 OWW**
**ORDER TERMINATING SUPERVISING RELEASE**
**PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that the releasee be discharged from Supervised Release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:    January 22, 2009**                        /s/ Oliver W. Wanger

                                                             UNITED STATES DISTRICT JUDGE